# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK JOSEPH TERRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-08-69-F |
| | ) |
| JUSTIN JONES, DIRECTOR, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On June 26, 2008, United States Magistrate Judge Valerie K. Couch, issued a Report and Recommendation, wherein she recommended the petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed with prejudice. Magistrate Judge Couch further recommended that petitioner's Application for Emergency Injunction and Motion for Default Judgment on Application for Emergency Injunction be denied.

Presently before the court is petitioner's objection to the Report and Recommendation. The court, pursuant to 28 U.S.C. § 636(b)(1), has conducted a *de novo* review of the matter. Having done so, the court concurs with Magistrate Judge Couch's analysis. The court concludes that petitioner's objection to the Report and Recommendation is without merit. The court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Valerie K. Couch on June 26, 2008 (doc. no. 17) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, by a Person in State Custody (doc. no. 1), is **DISMISSED WITH**

.


2

**PREJUDICE**.  Petitioner's Application for Emergency Injunction (doc. no. 14) is **DENIED**.  Petitioner's Motion for Default Judgment on Application for Emergency Injunction (doc. no. 16) is also **DENIED**.

DATED September 17, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0069p004(pub).wpd